AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Alaska

RECEIVED
AUG 1 6 2010
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GARY L. WEBER, an individual, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:10-CV-00123-HRH |
| See Attachment to Summons ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MERIDAS CAPITAL INC.:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY WEBER
1106 OCEAN VIEW
ANCHORAGE, AK. 99515

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

Gary Weber
1100 Ocean View Drive
Anchorage AK, 99515
Tel: (907) 345-0972
Cell: (907) 727-5106

Plaintiff In Propria Persona

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA, NINTH CIRCUT

| | |
|---|---|
| GARY L. WEBER, an individual, | Case No.: |
| Plaintiff, | |
| v. | |
| ACCREDITED HOME LENDERS, INC., a Business Entity, form unknown; MERIDAS CAPITAL INC., a Business Entity, form unknown; LAND TITLE COMPANY OF ALASKA INC., a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Business Entity, form unknown and DOES 1-100 inclusive, | ATTACHMENT TO SUMMONS |
| Defendants. | |

*Defendants:*

ACCREDITED HOME LENDERS, INC., a Business Entity, form unknown; MERIDAS CAPITAL INC., a Business Entity, form unknown; LAND TITLE COMPANY OF ALASKA INC., a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Business Entity, form unknown and DOES 1-100 inclusive,

Defendants.

# AFFIDAVIT OF SERVICE

CASE NO.: 3:10-CV-0012-HRH

UNITED STATES DISTRICT COURT DISTRICT OF ALASKA  STATE OF ALASKA

**Gary L. Weber, an individual**  **Plaintiff(s)**
vs
**Accredited Home Lenders, Inc., a Business Entity, form unknown, et al.**
**Defendant(s)**

County of **Clark**, State of **Nevada**

...**Jose Villegas**..., being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. On **6/15/2010** at **3:50pm** at **375 N. Stephanie Street, #1011, Henderson, NV 89014** affiant served the within: **Summons & Complaint; Temporary Restraining Order**

UPON: **Meridias Capital, Inc.**, **Defendant(s)** (herein called recipient) therein named.

by delivering a true copy of each to **Cory Baker, Office Manager** a person of suitable age and discretion. Said premises is recipient's actual place of business within the state.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **Male**  Color of skin **White**  Color of hair **Brown**  Approx. Age **35-40yrs**
Approx. Height **6'1"- 6'2"**  Approx. weight **220-230lbs**  Other

State of Nevada, County of **Clark**

Sworn to before me on this **16th** day of **June, 2010**

*[Notary seal: NOTARY PUBLIC STATE OF NEVADA, County of Clark, ROSA MENDOZA, Appt. No. 08-8310-1, My Appt. Expires Sept. 30, 2012]*

Notary Public

Affiant – Jose Villegas
Legal Process Service, Lic. 604

WorkOrderNo **1005755**

Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101 123