IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GARY L. WEBER, an individual, )
                                                        Plaintiff, )
vs. )
ACCREDITED HOME LENDERS, INC., )
et al., )
                                                        Defendants. ) No. 3:10-cv-0123-HRH

O R D E R

Case Status

    Plaintiff has responded to the court's order to show cause[1] by a status report filed March 24, 2011.[2] Plaintiff advises that he has "no objection to the dismissal of Accredited Home Lenders 'without prejudice.'"[3] However, plaintiff further advises that he is negotiating a loan modification with Bank of America with respect to the property which is the subject of this case, and advises that if that modification is effected any claim against Accredited Home Lenders will be moot.

    While the court retains its view that an attempt to seek default judgment against Accredited Home Lenders, Inc., will be highly problematic, the court has no objection to deferring further

---

[1]Docket No. 46.

[2]Docket No. 52.

[3]Id. at 1.

- 1 -

proceedings in this matter for two months for purposes of plaintiff's negotiations with Bank of America. After two months, if there is no significant change, the court will still be inclined to dismiss as to Accredited Home Lenders without prejudice.

Plaintiff shall provide the court with an updated status report on or before May 31, 2011.

DATED at Anchorage, Alaska, this <u>31st</u> day of March, 2011.

<u>/s/ H. Russel Holland</u><br>
United States District Judge