IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GARY L. WEBER, an individual, )
)
                          Plaintiff, )
)
  vs. )
)
ACCREDITED HOME LENDERS, INC., )
et al., )
) No. 3:10-cv-0123-HRH
                        Defendants. )
_____)

O R D E R

Case Dismissed

By case status order of March 31, 2011,[1] the court addressed the question of whether or not these proceedings should be terminated as to the single remaining defendant, Accredited Home Lenders, Inc. At plaintiff's request, the court deferred further proceedings for two months from March 31, 2011. The court called upon plaintiff to provide an updated status report by May 31, 2011. No such report has been filed.

This case is now dismissed as to defendant Accredited Home Lenders, Inc., without prejudice.

This case is now closed. The clerk of court shall enter judgment dismissing this case with prejudice as to defendants Land Title Company of Alaska, Inc., Meridas Capital, Inc., Mortgage

---

[1]Docket No. 53.

- 1 -

Electronic Registration Systems, Inc. (MERS), and dismissing this case without prejudice as to defendant Accredited Home Lenders, Inc.

DATED at Anchorage, Alaska, this <u>16th</u> day of June, 2011.

<u>/s/ H. Russel Holland</u>
United States District Judge