**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

GARY L. WEBER,
      Plaintiff,

Case Number 3:10-cv-00123-HRH

v.

ACCREDITED HOME LENDERS, INC.,
MERIDAS CAPITAL INC., LAND TITLE
COMPANY OF ALASKA INC., and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,
      Defendants.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is dismissed with prejudice as to defendants Land Title Company of Alaska, Inc., Meridas Capital, Inc.,Mortgage Electronic Registration Systems, Inc. (MERS).
      THAT this case is dismissed without prejudice as to defendant Accredited Home Lenders, Inc..

APPROVED:

/s/H. Russel Holland
H. Russel Holland
United States District Judge

Date: June 17, 2011

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh
Marvel Hansbraugh,
Clerk of Court

[310cv123HRH-judgment.wpd]{JMT2.WPT*Rev.3/03}