

**LANE POWELL**
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code WFBIUS6S*
*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America
Legal Invoice Team
MA5-503-04-18
1 Federal Street
Boston MA 02110

July 28, 2010
Invoice No. 3491669

Bank of America Contact: █████████████

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

Matter: 116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.     : UNKNOWN
Corporate ID  : UNKNOWN

| | | | | |
|---|---|---|---|---|
| | | **L100  Assessment/Development/Admin** | | |
| | | **L110  Fact Investigation/Development** | | |
| 06/16/2010 | P. Partnow | Review information from Pacer re plaintiff, case assignment to Judge Holland, and sua sponte order denying TRO | 0.40 | 116.60 |
| 06/25/2010 | P. Partnow | Review loan documents from client | 0.40 | 116.60 |
| | | **Task L110 Subtotal** | **0.80** | **$233.20** |
| | | **L120  Analysis/Strategy** | | |
| 06/17/2010 | P. Partnow | Email ███████████████████ | 0.40 | 116.60 |
| 06/24/2010 | P. Partnow | Email ███████████ | 0.30 | 87.45 |
| | | **Task L120 Subtotal** | **0.70** | **$204.05** |
| | | **Phase L100 Total** | **1.50** | **$437.25** |

**Exhibit A**

**L200   Pre-trial Pleadings/Motions**
**L210   Pleadings**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/16/2010 | P. Partnow | Review complaint and confer with M. Block re same | 0.40 | 116.60 |
| 06/22/2010 | P. Partnow | Further emails to/from ██████ | 0.60 | 174.90 |
| 06/23/2010 | P. Partnow | Email ██████ | 0.20 | 58.30 |
| 06/23/2010 | P. Partnow | Numerous emails ██████ | 0.30 | 87.45 |
| 06/23/2010 | P. Partnow | File appearance | 0.10 | 29.15 |
| 06/25/2010 | M. Block | Draft Answer | 1.10 | 272.25 |
| 06/25/2010 | P. Partnow | Review draft answer | 0.30 | 87.45 |
| 06/30/2010 | M. Block | Telephone conference with counsel for co-defendant Land Title, K. Eggers, re case and courtesy copies of documents prior to his pleading into the case | 0.40 | 99.00 |

|  |  | **Task L210 Subtotal** | **3.40** | **$925.10** |
|  |  | **Phase L200 Total** | **3.40** | **$925.10** |

OUR FEE                                                         $1,362.35

                                                                ($136.24)

TOTAL FEE                                                       $1,226.11

COSTS ADVANCED

**E100    Expenses**

**E101    Copying**

Reproduction costs (35 copies @ 0.10 per copy)                    3.50
|                             Task Subtotal                      | $3.50 |
|                             Phase Subtotal                     | $3.50 |

TOTAL COSTS ADVANCED                                            $ 3.50

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---------------------|-------------|-----------------|-------------|
| M. Block            | 1.50        | 247.50          | 371.25      |
| P. Partnow          | 3.40        | 291.50          | 991.10      |
| Total all Timekeepers | 4.90      |                 | 1,362.35    |

TOTAL THIS INVOICE                                           $1,229.61



**LANE POWELL**
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code WFBIUS6S*

*Visa and MC Accepted:*
*Use Pay My Bill link at*
*lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*
*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America
Legal Invoice Team
MA5-503-04-18
1 Federal Street
Boston MA 02110

August 26, 2010
Invoice No. 3494427

Bank of America Contact: █████████████

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

Matter: 116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.      : UNKNOWN
Corporate ID   : UNKNOWN

| | | | | |
|---|---|---|---|---|
| | | **L100   Assessment/Development/Admin** | | |
| | | **L110   Fact Investigation/Development** | | |
| 07/12/2010 | F. Wagner | Review court's notice of non-compliance | 0.10 | 13.20 |
| | | **Task L110 Subtotal** | **0.10** | **$13.20** |
| | | **Phase L100 Total** | **0.10** | **$13.20** |
| | | **L300   Discovery** | | |
| | | **L310   Written Discovery** | | |
| 07/05/2010 | M. Reilly | Supplement discovery | 0.90 | 262.35 |
| | | **Task L310 Subtotal** | **0.90** | **$262.35** |
| | | **Phase L300 Total** | **0.90** | **$262.35** |

OUR FEE                                                              $275.55

.

COSTS ADVANCED

**E100      Expenses**

**E101      Copying**

| | |
|---|---:|
| Reproduction costs (103 copies @ 0.10 per copy) | 10.30 |
| Task Subtotal | $10.30 |

**E108      Postage**

| | |
|---|---:|
| Postage | 1.22 |
| Task Subtotal | $1.22 |
| Phase Subtotal | $11.52 |

| | |
|---|---:|
| TOTAL COSTS ADVANCED | $ 11.52 |

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| M. Reilly | 0.90 | 291.50 | 262.35 |
| F. Wagner | 0.10 | 132.00 | 13.20 |
| Total all Timekeepers | 1.00 | | 275.55 |

| | |
|---|---:|
| TOTAL THIS INVOICE | $287.07 |



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code WFBIUS6S*

*Visa and MC Accepted:*
*Use Pay My Bill link at*
*lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*
*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America
Legal Invoice Team
MA5-503-04-18
1 Federal Street
Boston MA 02110

September 28, 2010
Invoice No. 3496879

Bank of America Contact: █████████████

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

Matter: 116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.     : UNKNOWN
Corporate ID  : L98940-20100831

| | | | | |
|---|---|---|---|---|
| | | **L100** **Assessment/Development/Admin** | | |
| | | **L110** **Fact Investigation/Development** | | |
| 08/16/2010 | P. Partnow | Review various court filings by plaintiff | 0.30 | 87.45 |
| | | **Task L110 Subtotal** | **0.30** | **$87.45** |
| | | **L120** **Analysis/Strategy** | | |
| 08/02/2010 | M. Block | Telephone call from K. Eggers, unrecorded counsel for Land Title | 0.10 | 24.75 |
| 08/18/2010 | M. Block | Review bankruptcy proceedings re relief from stay | 0.30 | 74.25 |
| 08/18/2010 | M. Block | Meet with M. Parise re bankruptcy proceedings | 0.20 | 49.50 |
| 08/18/2010 | M. Block | Correspond ██████████████ | 0.10 | 24.75 |
| 08/18/2010 | M. Parise | Review bankruptcy filing by plaintiff, stay of the foreclosure, and strategy in response | 0.50 | 145.75 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | including seeking revocation of discharge | | |
| 08/18/2010 | P. Partnow | Email ███████████████ | 0.30 | 87.45 |
| 08/18/2010 | P. Partnow | Email re postponement of sale | 0.20 | 58.30 |
| | | **Task L120 Subtotal** | **1.70** | **$464.75** |
| | | **Phase L100 Total** | **2.00** | **$552.20** |

**L200    Pre-trial Pleadings/Motions**
**L210    Pleadings**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/17/2010 | F. Wagner | Review court's order that plaintiff require an answer of default in twenty-one days | 0.10 | 13.20 |
| 08/26/2010 | P. Partnow | Review answer by other defendant | 0.30 | 87.45 |
| 08/26/2010 | F. Wagner | Review Land Title's answer to complaint | 0.20 | 26.40 |
| | | **Task L210 Subtotal** | **0.60** | **$127.05** |

**L250    Other Written Motions/Submissions**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/23/2010 | P. Partnow | Review additional court filings | 0.30 | 87.45 |
| | | **Task L250 Subtotal** | **0.30** | **$87.45** |
| | | **Phase L200 Total** | **0.90** | **$214.50** |

OUR FEE                                                                    $766.70

COSTS ADVANCED

E100      Expenses

E101      Copying

| | |
|---|---|
| Reproduction costs (77 copies @ 0.10 per copy) | 7.70 |
| Task Subtotal | $7.70 |
| Phase Subtotal | $7.70 |

TOTAL COSTS ADVANCED                                            $ 7.70

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Parise | 0.50 | 291.50 | 145.75 |
| M. Block | 0.70 | 247.50 | 173.25 |
| P. Partnow | 1.40 | 291.50 | 408.10 |
| F. Wagner | 0.30 | 132.00 | 39.60 |
| Total all Timekeepers | 2.90 | | 766.70 |

TOTAL THIS INVOICE                                          $774.40



**LANE POWELL**
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code WFBIUS6S*

*Visa and MC Accepted:*
*Use Pay My Bill link at*
*lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*
*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America
Legal Invoice Team
MA5-503-04-18
1 Federal Street
Boston MA 02110

October 31, 2010
Invoice No. 3500094

Bank of America Contact: ███████████████

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10

Matter:  116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.      : 998906
Corporate ID  : L98940-20100831

| | | **L100  Assessment/Development/Admin** | | |
|---|---|---|---|---|
| | | **L110  Fact Investigation/Development** | | |
| 09/08/2010 | F. Wagner | Review Meridas answer to complaint | 0.20 | 26.40 |
| 09/17/2010 | M. Block | Correspond ███████████ | 0.50 | 123.75 |
| | | **Task L110 Subtotal** | **0.70** | **$150.15** |
| | | **L120  Analysis/Strategy** | | |
| 09/20/2010 | M. Parise | Work ████████ | 0.30 | 87.45 |
| 09/24/2010 | M. Block | Correspond ███████ | 0.40 | 99.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ | | |
| | | **Task L120 Subtotal** | **0.70** | **$186.45** |
| | | **Phase L100 Total** | **1.40** | **$336.60** |
| | | **L200   Pre-trial Pleadings/Motions** | | |
| | | **L210   Pleadings** | | |
| 09/14/2010 | F. Wagner | Review clerk's entry of default | 0.10 | 13.20 |
| 09/15/2010 | M. Block | Correspond with counsel for co-defendant Land Title re proposed joint meeting of parties to plan discovery in this matter | 0.30 | 74.25 |
| 09/24/2010 | M. Parise | Finalize notice to the federal court of Weber's bankruptcy proceeding | 0.30 | 87.45 |
| 09/29/2010 | J. Jenson | Draft amended notice of plaintiff's bankruptcy | 0.30 | 39.60 |
| | | **Task L210 Subtotal** | **1.00** | **$214.50** |
| | | **L240   Dispositive Motions** | | |
| 09/29/2010 | F. Wagner | Review motion for summary judgment | 0.30 | 39.60 |
| | | **Task L240 Subtotal** | **0.30** | **$39.60** |
| | | **L250   Other Written Motions/Submissions** | | |
| 09/24/2010 | J. Jenson | Prepare exhibits re bankruptcy | 0.30 | 39.60 |
| 09/24/2010 | J. Jenson | Draft notice of plaintiff's bankruptcy | 0.50 | 66.00 |
| 09/27/2010 | J. Jenson | Finalize notice of bankruptcy | 0.20 | 26.40 |
| | | **Task L250 Subtotal** | **1.00** | **$132.00** |
| | | **Phase L200 Total** | **2.30** | **$386.10** |

OUR FEE                                                        $722.70


COSTS ADVANCED


E100     Expenses

**E101      Copying**

| | |
|---|---:|
| Reproduction costs (114 copies @ 0.10 per copy) | 11.40 |
| Task Subtotal | $11.40 |

**E106      On-line Research**

| | |
|---|---:|
| Court Document Charge | 0.00 |
| Task Subtotal | $0.00 |
| Phase Subtotal | $11.40 |

TOTAL COSTS ADVANCED                                            $ 11.40

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| M. Parise | 0.60 | 291.50 | 174.90 |
| M. Block | 1.20 | 247.50 | 297.00 |
| F. Wagner | 0.60 | 132.00 | 79.20 |
| J. Jenson | 1.30 | 132.00 | 171.60 |
| Total all Timekeepers | 3.70 | | 722.70 |

TOTAL THIS INVOICE                                            $734.10



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code WFBIUS6S*

*Visa and MC Accepted:*
*Use Pay My Bill link at*
*lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*
*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America                                   November 11, 2010
Legal Invoice Team                               Invoice No.  3501388
MA5-503-04-18
1 Federal Street
Boston MA 02110

Bank of America Contact: ███████████████

## FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/10

Matter:   116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.      :  998906
Corporate ID   :  L98940-20100831

| | | | | |
|---|---|---|---|---|
| | | **L100    Assessment/Development/Admin** | | |
| | | **L110    Fact Investigation/Development** | | |
| 10/13/2010 | F. Wagner | Review emails ██████████████ | 0.20 | 26.40 |
| 10/18/2010 | P. Partnow | Review court's scheduling order | 0.30 | 87.45 |
| | | **Task L110 Subtotal** | **0.50** | **$113.85** |
| | | **L190    Other** | | |
| 10/13/2010 | P. Partnow | Review report of parties planning meeting | 0.30 | 87.45 |
| | | **Task L190 Subtotal** | **0.30** | **$87.45** |
| | | **Phase L100 Total** | **0.80** | **$201.30** |
| | | **L200    Pre-trial Pleadings/Motions** | | |
| | | **L210    Pleadings** | | |
| 10/01/2010 | F. Wagner | Review court's notice re plaintiff's obligation re responding to motion for summary judgment | 0.20 | 26.40 |

| 10/08/2010 | J. Jenson | Communicate changes with plaintiff G. Weber to proposed scheduling and planning report | 0.20 | 26.40 |
| 10/12/2010 | F. Wagner | Review scheduling and planning report | 0.20 | 26.40 |
| 10/13/2010 | M. Block | Correspond ███████████ | 0.10 | 24.75 |
| 10/13/2010 | P. Partnow | Review scheduling order and email re same | 0.30 | 87.45 |
| 10/19/2010 | M. Block | Revise draft joinder in motion for summary judgment | 0.30 | 74.25 |
| 10/29/2010 | F. Wagner | Review court's order on plaintiff's motion for summary judgment | 0.10 | 13.20 |
| | | **Task L210 Subtotal** | **1.40** | **$278.85** |
| | **L240** | **Dispositive Motions** | | |
| 10/06/2010 | M. Block | Revise draft joinder in Land Title's Motion for Summary Judgment | 0.20 | 49.50 |
| 10/19/2010 | P. Partnow | Work on joinder in Land Title motion for summary judgment | 0.70 | 204.05 |
| 10/25/2010 | P. Partnow | Review joinder in land title msj | 0.30 | 87.45 |
| | | **Task L240 Subtotal** | **1.20** | **$341.00** |
| | | **Phase L200 Total** | **2.60** | **$619.85** |

OUR FEE                                                        $821.15


COSTS ADVANCED

                                    **E100      Expenses**

                                    **E101      Copying**
        Reproduction costs (67 copies @ 0.10 per copy)                6.70
                              Task Subtotal                        $6.70

                                    **E106      On-line Research**

Bank of America/Countrywide

| | | | |
|---|---|---|---|
| Court Document Charge | | | 0.00 |
| | Task Subtotal | | $0.00 |
| | Phase Subtotal | | $6.70 |

**TOTAL COSTS ADVANCED**                                      $ 6.70

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Block | 0.60 | 247.50 | 148.50 |
| P. Partnow | 1.90 | 291.50 | 553.85 |
| F. Wagner | 0.70 | 132.00 | 92.40 |
| J. Jenson | 0.20 | 132.00 | 26.40 |
| Total all Timekeepers | 3.40 | | 821.15 |

**TOTAL THIS INVOICE**                                      $827.85



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code:*
*WFBIUS6WWFFX*

*Visa and MC Accepted:*
*Use Pay My Bill link at*
*lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*
*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America
Legal Invoice Team
MA5-503-04-18
1 Federal Street
Boston MA 02110

December 28, 2010
Invoice No. 3505379

Bank of America Contact: ████████████

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10

Matter: 116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.        : 998906
Corporate ID   : L98940-20100831

| | | | | |
|---|---|---|---|---|
| | | **L100   Assessment/Development/Admin** | | |
| | | **L120   Analysis/Strategy** | | |
| 11/11/2010 | M. Parise | Conference ████████████ | 0.50 | 145.75 |
| 11/30/2010 | M. Parise | Work ████████████ | 0.50 | 145.75 |
| 11/30/2010 | P. Partnow | Review email re postponing of foreclosure sale | 0.30 | 87.45 |
| | | **Task L120 Subtotal** | **1.30** | **$378.95** |
| | | **L160   Settlement/Non-Binding ADR** | | |
| 11/30/2010 | M. Block | Correspond ████████████ | 0.20 | 49.50 |
| 11/30/2010 | M. Block | Telephone conference with | 0.20 | 49.50 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | opposing party, G. Weber, re his willingness to accept a modification to his loan |  |  |
|  |  | **Task L160 Subtotal** | **0.40** | **$99.00** |
|  |  | **Phase L100 Total** | **1.70** | **$477.95** |
|  |  | **L200   Pre-trial Pleadings/Motions** |  |  |
|  |  | **L240   Dispositive Motions** |  |  |
| 11/08/2010 | P. Partnow | Review joinder in summary judgment | 0.30 | 87.45 |
| 11/08/2010 | F. Wagner | Review land title's joinder in motion for summary judgment | 0.20 | 26.40 |
| 11/24/2010 | P. Partnow | Review plaintiffs opposition to motion for sj | 0.30 | 87.45 |
| 11/29/2010 | F. Wagner | Review Land Title's response to motion for summary judgment | 0.20 | 26.40 |
|  |  | **Task L240 Subtotal** | **1.00** | **$227.70** |
|  |  | **Phase L200 Total** | **1.00** | **$227.70** |
|  |  | **L300   Discovery** |  |  |
|  |  | **L310   Written Discovery** |  |  |
| 11/15/2010 | M. Block | Review documents from client for privilege | 0.80 | 198.00 |
| 11/15/2010 | M. Block | Correspond ████ | 0.30 | 74.25 |
| 11/15/2010 | F. Wagner | Prepare client documents for disclosure | 1.40 | 184.80 |
| 11/15/2010 | F. Wagner | Prepare our initial disclosures | 0.80 | 105.60 |
| 11/16/2010 | F. Wagner | Begin redaction of voluminous documents for disclosure | 2.80 | 369.60 |
| 11/16/2010 | F. Wagner | Review email ████ | 0.20 | 26.40 |
| 11/17/2010 | M. Block | Revise draft preliminary witness list and initial disclosure statement | 0.10 | 24.75 |

Bank of America/Countrywide

| 11/17/2010 | F. Wagner | Continue redaction of voluminous documents for disclosure | 3.90 | 514.80 |
|---|---|---|---|---|
| 11/18/2010 | M. Block | Revise draft corporate disclosure statement for MERS | 0.10 | 24.75 |
| 11/18/2010 | P. Partnow | Review initial disclosures and preliminary witness list | 0.50 | 145.75 |
| 11/18/2010 | F. Wagner | Finalize our preliminary witness list | 0.40 | 52.80 |
| 11/18/2010 | F. Wagner | Finalize our initial disclosures | 0.60 | 79.20 |
| 11/18/2010 | F. Wagner | Review land title's disclosures and preliminary witness list | 0.50 | 66.00 |
| 11/18/2010 | F. Wagner | Prepare email ███████████ | 0.20 | 26.40 |
| 11/19/2010 | P. Partnow | Review ███████████ | 0.40 | 116.60 |
| 11/22/2010 | F. Wagner | Review Weber's initial disclosures, preliminary witness list and opposition to land title's motion for summary judgment | 0.60 | 79.20 |
| | | **Task L310 Subtotal** | **13.60** | **$2,088.90** |
| | | **L320   Document Production** | | |
| 11/16/2010 | M. Block | Meet with ███████████ | 0.30 | 74.25 |
| 11/16/2010 | M. Block | Telephone conference ███████████ | 0.30 | 74.25 |
| | | **Task L320 Subtotal** | **0.60** | **$148.50** |
| | | **Phase L300 Total** | **14.20** | **$2,237.40** |

OUR FEE                                                                          $2,943.05

COSTS ADVANCED

**E100     Expenses**

**E101    Copying**

Reproduction costs (246 copies @ 0.10 per copy)                      24.60

Task Subtotal                                      $24.60

**E108    Postage**

Postage                                                              0.00

Task Subtotal                                       $0.00

Phase Subtotal                                     $24.60

**TOTAL COSTS ADVANCED**                                          $ 24.60

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Parise | 1.00 | 291.50 | 291.50 |
| M. Block | 2.30 | 247.50 | 569.25 |
| P. Partnow | 1.80 | 291.50 | 524.70 |
| F. Wagner | 11.80 | 132.00 | 1,557.60 |
| Total all Timekeepers | 16.90 | | 2,943.05 |

**TOTAL THIS INVOICE**                                          $2,967.65


**LANE POWELL**
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code:*
*WFBIUS6WWFFX*

*Visa and MC Accepted:*
*Use Pay My Bill link at*
*lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*
*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America
Legal Invoice Team
MA5-503-04-18
1 Federal Street
Boston MA 02110

February 28, 2011
Invoice No.  3511461

Bank of America Contact: ███████████

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/04/11

Matter:   116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.        :  998906
Corporate ID   :  L98940-20100831

| | | | | |
|---|---|---|---|---|
| | | **L200** | **Pre-trial Pleadings/Motions** | |
| | | **L240** | **Dispositive Motions** | |
| 01/11/2011 | P. Partnow | Review summary judgment option | 0.30 | 87.45 |
| 01/11/2011 | P. Partnow | ████████████████████ | 0.20 | 58.30 |
| 01/11/2011 | F. Wagner | Review court's order granting motion for summary judgment | 0.30 | 39.60 |
| 01/19/2011 | M. Block | ████████████████████ | 0.20 | 49.50 |
| 01/19/2011 | P. Partnow | ████████████ | 0.30 | 87.45 |
| | | **Task L240 Subtotal** | **1.30** | **$322.30** |
| | | **Phase L200 Total** | **1.30** | **$322.30** |

OUR FEE

$322.30

**E100   Expenses**
Phase Subtotal                                              $0.00

## RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Block | 0.20 | 247.50 | 49.50 |
| P. Partnow | 0.80 | 291.50 | 233.20 |
| F. Wagner | 0.30 | 132.00 | 39.60 |
| Total all Timekeepers | 1.30 | | 322.30 |

TOTAL THIS INVOICE                                        $322.30


## LANE POWELL
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code:*
*WFBIUS6WWFFX*

*Visa and MC Accepted:*
*Use Pay My Bill link at*
*lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*
*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America
Legal Invoice Team
MA5-503-04-18
1 Federal Street
Boston MA 02110

March 31, 2011
Invoice No. 3514723

Bank of America Contact: ███████████

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11

Matter:  116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.      : 998906
Corporate ID  : L98940-20100831

| | | | | |
|---|---|---|---|---|
| | | **L100  Assessment/Development/Admin** | | |
| | | **L120  Analysis/Strategy** | | |
| 02/22/2011 | M. Block | Correspond ███████████ | 0.20 | 49.50 |
| | | **Task L120 Subtotal** | **0.20** | **$49.50** |
| | | **Phase L100 Total** | **0.20** | **$49.50** |
| | | | | |
| | | **L200  Pre-trial Pleadings/Motions** | | |
| | | **L210  Pleadings** | | |
| 02/15/2011 | P. Partnow | Receive and review order from court re case status | 0.20 | 58.30 |
| 02/15/2011 | F. Wagner | Review court's order regarding case status | 0.10 | 13.20 |
| | | **Task L210 Subtotal** | **0.30** | **$71.50** |
| | | | | |
| | | **L240  Dispositive Motions** | | |
| 02/16/2011 | P. Partnow | Receive and review summary judgment order and email re same | 0.30 | 87.45 |

| 02/16/2011 | F. Wagner | Review court's order granting motion for summary judgment | 0.70 | 92.40 |
| 02/22/2011 | F. Wagner | Draft and prepare proposed judgment, motion for attorneys' fees, affidavit of M. Block, cost bill forms, and attorney fees forms | 4.80 | 633.60 |
| | | **Task L240 Subtotal** | **5.80** | **$813.45** |
| | | **Phase L200 Total** | **6.10** | **$884.95** |

OUR FEE                                                              $934.45


COSTS ADVANCED


      **E100**    **Expenses**

      **E101**    **Copying**

Reproduction costs (100 copies @ 0.10 per copy)                    10.00
      Task Subtotal                                     $10.00

      **E106**    **On-line Research**

Computer legal research                                             0.00
      Task Subtotal                                      $0.00
      Phase Subtotal                                    $10.00

TOTAL COSTS ADVANCED                                              $ 10.00

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Block | 0.20 | 247.50 | 49.50 |
| P. Partnow | 0.50 | 291.50 | 145.75 |
| F. Wagner | 5.60 | 132.00 | 739.20 |
| Total all Timekeepers | 6.30 | | 934.45 |

TOTAL THIS INVOICE                                               $944.45



**LANE POWELL**
ATTORNEYS & COUNSELORS

Wire Transfer Information:
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code:*
*WFBIUS6WWFFX*

Visa and MC Accepted:
*Use Pay My Bill link at*
*lanepowell.com or call*
*(206) 223-6288*

Remit Payments To:

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America
Legal Invoice Team
MA5-503-04-18
1 Federal Street
Boston MA 02110

April 30, 2011
Invoice No. 3518390

Bank of America Contact: ███████████

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11

Matter: 116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.      : 998906
Corporate ID  : L98940-20100831

| | | **L200** | **Pre-trial Pleadings/Motions** | | |
|---|---|---|---|---|---|
| | | **L210** | **Pleadings** | | |
| 03/15/2011 | F. Wagner | | Review court's order to show cause | 0.10 | 13.20 |
| 03/22/2011 | F. Wagner | | Finalize our affidavit in support of attorney fees, bills of cost, proposed final judgment and motion for attorney fees | 1.00 | 132.00 |
| 03/23/2011 | F. Wagner | | File motion to withdraw, motion for attorney fees and proposed order | 0.40 | 52.80 |
| 03/24/2011 | F. Wagner | | Review Weber's status update to court | 0.20 | 26.40 |
| 03/31/2011 | M. Block | | Correspond ███████████ | 0.20 | 49.50 |
| 03/31/2011 | F. Wagner | | Review court's order re status of dismissal of certain parties | 0.10 | 13.20 |
| | | **Task L210 Subtotal** | | **2.00** | **$287.10** |

| | | | | |
|---|---|---|---|---|
| | | **Phase L200 Total** | **2.00** | **$287.10** |

**L400  Trial Preparation and Trial**
**L460  Post-Trial Motions and Submissions**

| | | | | |
|---|---|---|---|---|
| 03/21/2011 | M. Block | Draft motion for attorney fees and revise and edit related papers | 0.50 | 123.75 |
| 03/23/2011 | M. Block | Draft motion for entry of partial final judgment to comply with Clerk of Court's interpretation of local rule | 0.40 | 99.00 |
| 03/23/2011 | M. Block | Telephone conference with Clerk of Court re filing requirements for motion for entry of partial final judgment | 0.30 | 74.25 |
| | | **Task L460 Subtotal** | **1.20** | **$297.00** |
| | | **Phase L400 Total** | **1.20** | **$297.00** |

| | |
|---|---|
| OUR FEE | $584.10 |

**E100      Expenses**

**E101      Copying**

| | |
|---|---|
| Reproduction costs (63 copies @ 0.00 per copy) | 0.00 |
| Task Subtotal | $0.00 |

**E108      Postage**

| | |
|---|---|
| Postage | 0.00 |
| Task Subtotal | $0.00 |
| Phase Subtotal | $0.00 |

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Block | 1.40 | 247.50 | 346.50 |
| F. Wagner | 1.80 | 132.00 | 237.60 |
| Total all Timekeepers | 3.20 | | 584.10 |

Bank of America/Countrywide

TOTAL THIS INVOICE       $584.10


**LANE POWELL**
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 415959521*
*Swift Code:*
*WFBIUS6WWFFX*

*Visa and MC Accepted:*
*Use Pay My Bill link at*
*lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Bank of America
Legal Invoice Team
MA5-503-04-18
1 Federal Street
Boston MA 02110

June 17, 2011
Invoice No.  3523527

Bank of America Contact: ███████████

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/11

Matter:  116589.000201

Gary Weber v. Accredited Home Lenders, Land Title etc
Claim No.     :  998906
Corporate ID  :  L98940-20100831

**L100   Assessment/Development/Admin**
**L120   Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| 05/19/2011 | M. Block | Correspond with ████████ | 0.20 | 49.50 |
| | | **Task L120 Subtotal** | **0.20** | **$49.50** |
| | | **Phase L100 Total** | **0.20** | **$49.50** |

**L200   Pre-trial Pleadings/Motions**
**L210   Pleadings**

| | | | | |
|---|---|---|---|---|
| 04/01/2011 | F. Wagner | Review emails ████████ | 0.10 | 13.20 |
| 04/25/2011 | F. Wagner | Review emails to and from ███ | 0.10 | 13.20 |
| 04/26/2011 | M. Block | Correspond with ████████ | 0.20 | 49.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/29/2011 | F. Wagner | Review upcoming pretrial deadlines | 0.10 | 13.20 |
| 05/02/2011 | F. Wagner | Review pretrial order for upcoming pretrial deadlines | 0.10 | 13.20 |
| 05/24/2011 | M. Block | Correspond with J. Davis re whether modification has proceeded as indicated by plaintiff to Court | 0.30 | 74.25 |
| 05/27/2011 | F. Wagner | Draft and prepare notice to court regarding loan modification process status | 0.30 | 39.60 |
| | | **Task L210 Subtotal** | **1.20** | **$216.15** |
| | | **Phase L200 Total** | **1.20** | **$216.15** |

OUR FEE                                                                    $265.65

### E100    Expenses

| | |
|---|---|
| Reproduction costs | 0.00 |
| Phase Subtotal | $0.00 |

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---------------------|--------------|-----------------|-------------|
| M. Block | 0.70 | 247.50 | 173.25 |
| F. Wagner | 0.70 | 132.00 | 92.40 |
| Total all Timekeepers | 1.40 | | 265.65 |

TOTAL THIS INVOICE                                                         $265.65